UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL COVINGTON, # 134537,<br>    Plaintiff, | )<br>)<br>) No. 1:11-cv-1299 |
| -v- | )<br>) HONORABLE PAUL L. MALONEY |
| CHARLES DAVIS, ET AL.,<br>    Defendants. | )<br>)<br>) |

## JUDGMENT

Having dismissed all pending claims, as required by Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  March 27, 2013                    /s/ Paul L. Maloney
                                         Paul L. Maloney
                                         Chief United States District Judge