UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL COVINGTON, # 134537,<br>　　　　Plaintiff,<br><br>-v-<br><br>CHARLES DAVIS, ET AL.,<br>　　　　Defendants. | No. 1:11-cv-1299<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having dismissed all pending claims, as required by Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:　March 27, 2013　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge